IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**TIMBERLY KLOEPFER,**                          3:10-CV-233-JE

      **Plaintiff,**                          ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


**BRUCE W. BREWER**
Law Offices of Bruce W. Brewer, PC
419 Fifth Street
Oregon City, OR 97045
(503)722-8833

      Attorneys for Plaintiff

**DWIGHT C. HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


1 - ORDER

**DAVID MORADO**
Regional Chief Counsel
**BRETT EDWARD ECKELBERG**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3748

    Attorneys for Defendant


**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#25) on June 8, 2011, in which he recommends this Court reverse the Commissioner's decision and remand this matter for the immediate calculation and awrd of benefits.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  The Court has reviewed the legal principles *de novo* and adopts the Findings and Recommendation with the following minor modifications:

    On page twelve of the Findings and Recommendation, the Court assumes the Magistrate Judge meant to conclude:  "The Commissioner has [not] cited, and I have [not] found, [any] requirement that lay testimony be credited only if it is

2 - ORDER

bolstered by some sort of unidentified other 'objectively verifiable' evidence." On page thirteen of the Findings and Recommendation, the Court notes the citation to *Lester v. Chater* should be to the third volume of the Federal Reporter. 81 F.3d 821 (9th Cir. 1995).

## CONCLUSION

The Court **ADOPTS as modified** Magistrate Judge Jelderks's Findings and Recommendation (#25). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter to the Commissioner for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 11th day of July, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER