IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TIMBERLY KLOEPFER,**                                  3:10-CV-233-JE

      **Plaintiff,**                                       JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Order (#27) issued July 11, 2011, the Court hereby **REMANDS** this matter to the Commissioner pursuant to 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 11th day of July, 2011.

                                              /s/ Anna J. Brown
                                              _____
                                              ANNA J. BROWN
                                              United States District Judge

1 - JUDGMENT